*Matter of Uvalde Asphalt Paving Co.*, 153 App. Div. 892, affirmed.
(Argued January 6, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1912, which affirmed an order of Special Term granting a motion for permission to inspect the books in the office of the president of the borough of the Bronx.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Terence Farley* of counsel), for appellants.

*Edward M. Grout* and *James F. McKinney* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WILLARD BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LONG ISLAND RAILROAD COMPANY, Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS, Appellant.

THE CITY OF NEW YORK, Appellant.

*People ex rel. Long Island R. R. Co. v. State Board Tax Comrs.*, 148 App. Div. 751, affirmed.
(Argued January 6, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1912, which affirmed an order of Special Term canceling an assessment for the purpose of

taxation for the year 1906 against a special franchise of the relator.

*Thomas Carmody, Attorney-General (William A. McQuaid* of counsel), for defendant, appellant.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for city of New York, appellant.

*Alfred A. Gardner* and *Joseph F. Keany* for respondent.

Order affirmed, with costs, on opinion of BURR, J., below.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WILLARD BARTLETT, J.